THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Randy Lester, Appellant.
 
 
 
 
 

Appeal From Marion County
Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2009-UP-569
 Submitted December 1, 2009  Filed
December 2, 2009   

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M. Dudek, of Columbia; for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Randy Lester appeals from his guilty plea to murder, armed robbery,
 and grand larceny, arguing his plea did not comply with the mandates of Boykin
 v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and both briefs, pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.